

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 08 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:23CR00268 LPR |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2251(a) and (e) |
| | ) | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| TROY MOSELEY, III | ) | 18 U.S.C. § 2252(a)(4)(B) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 16, 2022, in the Eastern District of Arkansas, the defendant,

TROY MOSELEY, III,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

### COUNT TWO

On or about January 28, 2023, in the Eastern District of Arkansas, the defendant,

TROY MOSELEY, III,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE

On or about September 27, 2023, in the Eastern District of Arkansas, the defendant,

TROY MOSELEY, III,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of Counts One, Two, or Three of this Indictment, the defendant, TROY MOSELEY, III, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(END OF TEXT. SIGNATURE PAGE TO FOLLOW).

☐ NO TRUE BILL.                                  ☒ TRUE BILL.

## REDACTED SIGNATURE

_____
FOREPERSON OF THE GRAND JURY


JONATHAN D. ROSS
UNITED STATES ATTORNEY

_____
By KRISTIN H. BRYANT
Bar Number 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Kristin.Bryant@usdoj.gov