AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF

USA
v.
Troy Moseley, III.

**EXHIBIT AND WITNESS LIST**

Case Number: 4 23cr2681 LPR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jerome T Kearney, USMJ | Kristin Bryant, AUSA | Abigail Obana, FPD |
| TRIAL DATE(S) Bond Hrg 12/19/23 @ 10:00 a.m. | COURT REPORTER L Colema | COURTROOM DEPUTY L Colema |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 12/19 |  | ✓ | Brenda Moseley |
| 1 |  |  |  |  | Amber Kalmer |
|  |  |  |  |  |  |
|  |  |  |  |  | Gov Exhibits |
| 4 |  | 12/19 | ✓ | ✓ | Pic of Def + child |
| 5 |  | 12/19 | ✓ | ✓ | Jail Call |
| 6 |  | 12/19 | ✓ | ✓ | Pic of Def + child |
| 7 |  | 12/19 | ✓ | ✓ | Pic of Def + child |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages