# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                             PLAINTIFF

V.                      Case No. 4:23-cr-00268-LPR-1

TROY MOSELEY, III                                                        DEFENDANT

## ORDER OF DETENTION

Defendant Troy Moseley appeared today with counsel for a bond hearing. (Doc. Nos. 24, 27) The Government sought detention based on risk of flight and danger to the community and offered witness testimony about the evidence for the underlying charges. Mr. Moseley requested he be released to a third party custodian pending his trial.

The Court is concerned about the seriousness of Defendant's underlying charges and the strength of the evidence regarding those charges. After carefully listening to testimony and argument from counsel, the Court finds by clear and convincing evidence that no conditions or combination of conditions will reasonably assure the safety of the community. Therefore, the Court orders Mr. Moseley detained pending his trial.

While detained, Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

SO ORDERED this 19th day of December, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE